IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INFINITY AUTO INSURANCE COMPANY,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 16-4810** |
| **SNOW BUTLERS, LLC,** *et al.* | : | |

### ORDER

**AND NOW**, this 2nd day of December 2016, upon consideration of Defendants Goldy Weaver and John Emmell's Motion to dismiss, or in the alternative, to stay (ECF Doc. No. 18), Plaintiff's Opposition (ECF Doc. No. 22), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Weaver and Emmell's Motion (ECF Doc. No. 18) is **GRANTED in part and DENIED in part**:

1. Weaver and Emmell's Motion to dismiss is **DENIED**;

2. Weaver and Emmell's Motion to stay is **GRANTED in part** to preclude the filing of dispositive motions until further Order;

3. Defendants shall file an Answer no later than **December 16, 2016**;

4. The parties shall produce fulsome Rule 26(a)(1) disclosures, including all documents, no later than **December 22, 2016**;

5. Depositions may begin on or after **February 1, 2017** with all fact and expert discovery completed no later than **March 17, 2017**;

    a. Counsel for each party shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) necessary to meet their burden of proof by expert report or answer to expert interrogatory no later than **February 13,**

**2017**. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve such rebuttal evidence on counsel for every other party no later than **March 10, 2017**. Expert depositions, if any, shall be concluded no later than **March 17, 2017**.

      b.      Any party expecting to offer opinion testimony from lay witnesses under Fed. R. Evid. 701, shall, at the time required for submission of information and/or reports for expert witnesses set forth in the preceding paragraph, serve opposing parties with concise details and/or documents detailing the lay opinions of the Rule 701 witnesses, including the identity of each witness, the substance and the basis for each opinion; and,

      6.      Weaver and Emmell shall file a joint memorandum describing the status of the ongoing state court action on **January 13, 2017**, and every thirty (30) days thereafter until further Order.

_____
KEARNEY, J.